# UNITED STATES DISTRICT COURT

District of _____CONNECTICUT_____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| John E. Kraszewski | Case Number: 3:04CR00092(PCD) |
| | USM Number: 15499-014 |
| | Assistant Federal Defender Paul Thomas |

**THE DEFENDANT:**

■ admitted guilt to violation of condition(s) __1 and 2__ of the term of supervision.

■ was found in violation of condition(s) __1 and 2__ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Drug use. | 2/11/2009 |
| 2 | Failure to participate in substance abuse treatment. | 2/16/2009 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 6/12/1967

Defendant's Residence Address:
62 Laurel Street
East Haven, Connecticut 06512

Defendant's Mailing Address:
62 Laurel Street
East Haven, Connecticut 06512

3/30/2009
Date of Imposition of Judgment

/s/ Peter C. Dorsey, SUSDJ
Signature of Judge

The Honorable Peter C. Dorsey, Senior U.S. District Judge
Name and Title of Judge

3/23/09
Date

| | |
|---|---|
| DEFENDANT: John E. Kraszewski | Judgment — Page __2__ of __2__ |
| CASE NUMBER: 3:04CR00092(PCD) | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :   4 months, with no term of supervised release to follow.

☐   The court makes the following recommendations to the Bureau of Prisons:

■   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____ ☐ a.m.  ☐ p.m.  on _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL